United States District Court
Southern District of Texas
FILED

FEB 0 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROMUALDO ARECHAR, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. B-04-017 |
| § | |
| SOUTHERN FOODS GROUP, L.P. § | |
| d/b/a HYGEIA DAIRY, § | |
| § | |
| Defendant. § | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant, Southern Foods Group, L.P. d/b/a Hygeia Dairy, respectfully files the following corporate disclosure statement.

Defendant, Southern Foods Group, L.P. d/b/a Hygeia Dairy, is a Limited Partnership, organized under the laws of the State of Delaware.

SFG Management Limited Liability Company is the general partner of Defendant Southern Foods Group, L.P.

Southern Foods Holdings is a Delaware statutory trust and a holding company for Defendant, Southern Foods Group, L.P.

All the above entities are indirect subsidiaries of Dean Foods Company, a publicly traded company.

Respectfully submitted,

_____
George C. Haratsis
Federal ID. No. 27820
Texas Bar No. 08941000
ATTORNEY-IN-CHARGE

Nicholas S. Bettinger
Federal ID. No. 17917
Texas Bar No. 02268470

McDONALD SANDERS,
A Professional Corporation
777 Main Street, Suite 1300
Fort Worth, Texas 76102
(817) 336-8651
(817) 334-0271 Fax

ATTORNEYS FOR DEFENDANT
SOUTHERN FOODS GROUP, L.P.
d/b/a HYGEIA DAIRY

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 4 day of February, 2004, a true and correct copy of the foregoing document was sent via certified mail, return receipt requested, to Plaintiff's attorney of record, Jorge A. Green, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Boulevard, Brownsville, Texas 78521.

_____
George C. Haratsis