IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROMUALDO ARECHAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-017 |
| | § | |
| SOUTHERN FOODS GROUP, L.P. | § | |
| d/b/a HYGEIA DAIRY, | § | |
| | § | |
| Defendant. | § | |

## CERTIFICATE

The undersigned, an attorney of record for Defendant, Southern Foods Group, L.P. d/b/a Hygeia Dairy, certifies that on February 6, 2004, a copy of the Notice of Removal of this action was filed with the clerk of the 107th District Court of Cameron County, Texas, in Cause No. 2003-05-2789-A.

Respectfully submitted,


_George C. Haratsis_
George C. Haratsis
Federal ID. No. 27820
Texas Bar No. 08941000
ATTORNEY-IN-CHARGE

Nicholas S. Bettinger
Federal ID. No. 17917
Texas Bar No. 02268470

McDONALD SANDERS,
A Professional Corporation
777 Main Street, Suite 1300
Fort Worth, Texas  76102
(817) 336-8651
(817) 334-0271 Fax

ATTORNEYS FOR DEFENDANT
SOUTHERN FOODS GROUP, L.P.
d/b/a HYGEIA DAIRY


## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the _6_ day of February, 2004, a true and correct copy of the foregoing document was sent via certified mail, return receipt requested, to Plaintiff's attorney of record, Jorge A. Green, Willette & Guerra, L.L.P., International Plaza, Suite 460, 3505 Boca Chica Boulevard, Brownsville, Texas 78521.


_George C. Haratsis_
George C. Haratsis