IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROMUALDO ARECHAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-017 |
| | § | |
| SOUTHERN FOODS GROUP, L.P. | § | |
| d/b/a HYGEIA DAIRY, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S LIST OF FINANCIALLY INTERESTED ENTITIES

Pursuant to the February 4, 2004 Order Setting Conference, Defendant, Southern Foods Group, L.P. d/b/a Hygeia Dairy, respectfully files the following list of financially interested entities.

1. Defendant, Southern Foods Group, L.P. d/b/a Hygeia Dairy, is a Limited Partnership, organized under the laws of the State of Delaware;

2. SFG Management Limited Liability Company is the general partner of Defendant Southern Foods Group, L.P.;

3. Southern Foods Holdings is a Delaware statutory trust and a holding company for Defendant, Southern Foods Group, L.P.;

4. Dean Southwest, LLC is a Delaware limited liability company formed on December 9, 1999;

5. Suiza Dairy Group, Inc. is a Delaware corporation formed on September 20, 1999;

6. Suiza Dairy Group Holdings, Inc. is a Nevada corporation formed on September 20, 1999;

7. All the above entities are indirect subsidiaries of <u>Dean Foods Company, a publicly traded company</u>; and

8. Plaintiff and his counsel are also financially interested entities.

Respectfully submitted,

*[signature]*
George C. Haratsis
Federal ID. No. 27820
Texas Bar No. 08941000
ATTORNEY-IN-CHARGE

Nicholas S. Bettinger
Federal ID. No. 17917
Texas Bar No. 02268470

McDONALD SANDERS,
A Professional Corporation
777 Main Street, Suite 1300
Fort Worth, Texas 76102
(817) 336-8651
(817) 334-0271 Fax

ATTORNEYS FOR DEFENDANT
SOUTHERN FOODS GROUP, L.P.
d/b/a HYGEIA DAIRY

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 18th day of February, 2004, a true and correct copy of the foregoing document was sent via certified mail, return receipt requested, to Plaintiff's attorney of record, Jorge A. Green, Willette & Guerra, L.L.P., International Plaza, Suite 3, 2031 Price Road, Brownsville, Texas 78521.

*[signature]*
George C. Haratsis