IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROMUALDO ARECHAR | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-017 |
| | § | |
| SOUTHERN FOOD GROUPS L.P. | § | |
| D/B/A HYGEIA DAIRY | § | |
| DEFENDANT | § | |

United States District Court
Southern District of Texas
FILED

MAR 0 5 2004

Michael N. Milby
Clerk of Court

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Plaintiff, Romualdo Arechar, respectfully files the following list of interested parties.

1. Plaintiff, Romualdo Arechar

2. Defendant, Southern Foods Group, L.P. d/b/a Hygeia Dairy, is a Limited Partnership, organized under the laws of the State of Delaware;

3. SFG Management Limited Liability company is the general partner of Defendant, Southern Foods Group, L.P.;

4. Southern Foods Holdings is a Delaware statutory trust and a holding company for Defendant, Southern Foods Group, L.P.;

5. Dean Southwest, L.L.C. is a Delaware limited liability company formed on December 9, 1999;

6. Suiza Dairy Group, Inc. is a Delaware corporation formed on September 20, 1999;

7. Suiza Dairy Group Holdings, Inc. is a Nevada corporation formed on September 20, 1999; and

8. All the above entities are indirect subsidiaries of <u>Dean Foods Company, a publicly traded company</u>.

Signed on March 4, 2004.

> Respectfully submitted,
>
> TOUCHY & GREEN, L.L.P.
> 2031 Price Road, Ste. C
> Brownsville, Texas 78521
> Telephone: (956) 542-7000
> Facsimile: (956) 542-7026
>
> By:_____
> Jorge A. Green
> State Bar No. 24030823
> USDC No. 34136
>
> Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing **Plaintiff's Certificate of Interested Parties** has on March 4, 2004 been served on all counsel of record, via certified mail, return receipt requested, to wit:

Mr. George C. Haratsis
MCDONALD SANDERS,
A Professional Corporation
777 Main Street, Ste. 1300
Fort Worth, Texas 76102

_____
Jorge A. Green