IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROMUALDO ARECHAR | § | |
|     PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-017 |
| | § | |
| SOUTHERN FOOD GROUPS L.P. | § | |
| D/B/A HYGEIA DAIRY | § | |
|     DEFENDANT | § | |

## NOTICE OF FIRM NAME AND ADDRESS CHANGE

NOTICE is hereby given that the name and address of the law firm representing Plaintiff Romualdo Arechar has changed and all future correspondence and pleadings should be sent to the new address listed below:

Jorge A. Green
TOUCHY & GREEN, L.L.P.
2031 Price Road, Ste. C
Brownsville, Texas 78521
Telephone: (956) 542-7000
Facsimile: (956) 542-7026

Signed on March 3, 2004.

Respectfully submitted,

TOUCHY & GREEN, L.L.P.
2031 Price Road, Ste. C
Brownsville, Texas 78521
Telephone: (956) 542-7000
Facsimile: (956) 542-7026

By: _____
Jorge A. Green
State Bar No. 24030823
USDC No. 34136

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing **Notice of Firm Name and Address Change** has on March 3, 2004 been served on all counsel of record, via certified mail, return receipt requested, to wit:

Mr. George C. Haratsis
MCDONALD SANDERS,
A Professional Corporation
777 Main Street, Ste. 1300
Fort Worth, Texas 76102

_____
Jorge A. Green