United States District Court
Southern District of Texas
FILED

MAR 29 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROMUALDO ARECHAR, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO.B-04-017 |
| SOUTHERN FOODS GROUP, L.P., d/b/a HYGEIA DAIRY, | § § § § | |
| Defendants. | § | |

## INITIAL DISCLOSURES OF PLAINTIFF, ROMUALDO ARECHAR

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Pursuant to Federal Rule of Civil Procedure 26(a), Plaintiff, Romualdo Arechar ("Plaintiff"), provides the following information to the Court:

(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

**RESPONSE:**

**Romualdo Arechar
1958 Royal Palm Drive
Mercedes, Texas 78570
(956) 514-1434
Plaintiff**

Suzette Beneker
1958 Royal Palm Drive
Mercedes, Texas 78570
(956) 514-1434
(Plaintiff's wife)

Manuel Reyes, Assistant District Manager, Hygeia
c/o McDonald Sanders, P.C.
777 Main Street, Suite 1300
Fort Worth, Texas 76102
(817) 336-8651
Defendant's employee-customer service manager; has knowledge of circumstances surrounding the accident, member of Safety Review Committee and Plaintiff's termination.

Hector E. Morales, Shop Supervisor, Hygeia
c/o McDonald Sanders, P.C.
777 Main Street, Suite 1300
Fort Worth, Texas 76102
(817) 336-8651
Brownsville garage supervisor; member of Safety Review Committee and knowledge of circumstances surrounding the accident.

Israel Rios, Jr., Hygeia
c/o McDonald Sanders, P.C.
777 Main Street, Suite 1300
Fort Worth, Texas 76102
(817) 336-8651
Branch manager for Hygeia Dairy; knowledge of circumstances surrounding the accident and Plaintiff's termination.

Jo Siebel, HR Manager
c/o McDonald Sanders, P.C.
777 Main Street, Suite 1300
Fort Worth, Texas 76102
(817) 336-8651
Former human resources manager of Hygeia Dairy in Corpus Christi; knowledge of Plaintiff's employment and accident.

Officer Lupi Diaz, Badge #378
San Benito Police Department
143 S. Reagan
San Benito, Texas 78586
(956) 361-3880
Investigated 8/30/01 accident and prepared report.

George Villalon
Wright's Collision Repair
235 N. Port
Corpus Christi, Texas 78408
Employee of collision repair shop; has knowledge of cost and extent of repairs of Defendant's truck Plaintiff was driving at the time of the accident.

Andrea Hart
Texas Workforce Commission
101 E. 15th Street
Austin, Texas 78778
Hearing officer presiding over separation hearing.

Unknown Mechanic
Fleet Pride
7749 I-37
Corpus Christi, Texas
(361) 289-5151
Has knowledge of inspection of the steering and brakes after the accident.

(B) a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

**RESPONSE:**

**Relevant categories of documents include:**

- **Documents prepared by the Safety Review Committee regarding the Committee's decision to terminate Plaintiff's employment with Hygeia Dairy;**

- **Incident and Accident Reports prepared by the Plaintiff and other**

employees of Hygeia Dairy pertaining to the accident made the basis of this lawsuit;

- Accident Report prepared by Officer Lupi Diaz of the San Benito Police Department on 8/30/01;

- Personnel documents pertaining to the Plaintiff's employment with Hygeia Dairy;

- Documents related to invoices and payments for work performed in the course of repairing the bobtail truck Plaintiff was driving at the time of the accident made the basis of this lawsuit;

- Documents related to the Plaintiff's claim for unemployment compensation with Texas Workforce Commission;

- Medical records pertaining to Plaintiff's alleged injuries and medical treatment provided after the accident;

- Documents related to the Defendant's maintenance and repair policies with respect to it's vehicle fleet;

- Documents evidencing all inspections and maintenance performed on the bobtail truck Plaintiff was driving at the time of the accident made the basis of this lawsuit;

- Investigative reports prepared by Facticon, Inc. related to all surveillance performed upon the Plaintiff;

- All discovery responses prepared by the Plaintiff in *Romulado Arechar v. Southern Foods Group, L.P. d/b/a Hygeia Dairy*, Cause No. 2003-05-2789-A, in the 107th Judicial District, Cameron County, Texas.

- Plaintiff's medical records.

(C) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

**RESPONSE:**

**The request of Southern Foods Group, L.P. d/b/a Hygeia Dairy for its actual attorney's fees incurred in this matter is based on charges incurred on an hourly basis.**

(D) for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnity or reimburse for payments made to satisfy the judgment.

**RESPONSE:** **None.**