IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 29 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROMUALDO ARECHAR, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. B-04-017 |
| | § § | |
| SOUTHERN FOODS GROUP, L.P., d/b/a HYGEIA DAIRY, | § § § | |
| Defendants. | § § | |

### DEFENDANT SOUTHERN FOODS GROUP, L.P., d/b/a HYGEIA DAIRY'S INITIAL DISCLOSURES

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Pursuant to Federal Rule of Civil Procedure 26(a), Defendant Southern Foods Group, L.P., d/b/a Hygeia Dairy ("Southern Foods" or "Defendant") provides the following information to the Court:

(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

**RESPONSE:**

**Romualdo Arechar**
**1958 Royal Palm Drive**
**Mercedes, Texas 78570**
**(956) 514-1434**
**Plaintiff**

**Suzette Beneker**
**1958 Royal Palm Drive**

---

INITIAL DISCLOSURES OF SOUTHERN FOODS GROUP, L.P. d/b/a HYGEIA DAIRY     Page 1
C:\Documents and Settings\jorge green\Local Settings\Temporary Internet Files\OLKE\D60614.WPD

Mercedes, Texas 78570
(956) 514-1434
Plaintiff's wife

Manuel Reyes
1754 E. Price Road
Brownsville, Texas 78520
c/o (817) 336-8651
Defendant's employee-customer service manager; has knowledge of circumstances surrounding the accident, member of Safety Review Committee and Plaintiff's termination.

Hector E. Morales
1754 E. Price Road
Brownsville, Texas 78520
c/o (817) 336-8651
Brownsville garage supervisor; member of Safety Review Committee and knowledge of circumstances surrounding the accident.

Israel Rios, Jr.
1754 E. Price Road
Brownsville, Texas 78520
c/o (817) 336-8651
Branch manager for Hygeia Dairy; knowledge of circumstances surrounding the accident and Plaintiff's termination.

Jo Siebel, HR Manager
(current address and phone number unknown)
Former human resources manager of Hygeia Dairy in Corpus Christi; knowledge of Plaintiff's employment and accident.

Robin Somogyi
1314 Fredericksburg Road
San Antonio, Texas 78201
c/o (817) 336-8651
Human Resources Manager; knowledge of Plaintiff's termination and claim for unemployment compensation with Texas Workforce Commission.

Officer Lupi Diaz, Badge #378
San Benito Police Department
143 S. Reagan

San Benito, Texas 78586
(956) 361-3880
Investigated 8/30/01 accident and prepared report.

George Villalon
Wright's Collision Repair
235 N. Port
Corpus Christi, Texas 78408
Employee of collision repair shop; has knowledge of cost and extent of repairs of Defendant's truck Plaintiff was driving at the time of the accident.

Andrea Hart
Texas Workforce Commission
101 E. 15th Street
Austin, Texas 78778
Hearing officer presiding over the TWC hearing.

Custodian of Records
Fleet Pride
7749 I-37
Corpus Christi, Texas
(361) 289-5151
Knowledge of records pertaining to inspection and condition of the steering and brakes of the Defendant's truck after the accident.

Victoria Soto
715 Sombra Drive
San Benito, Texas 78586
(956) 399-4624
Purported witness to the accident.

Antonio M. Diaz, Jr., M.D.
864 Central Boulevard, Suite 1200
Brownsville, Texas 78520
Medical doctor; treated Plaintiff after the accident.

Brian Dietrich
1314 Fredericksburg Road
San Antonio, Texas 78201
c/o (817) 336-8651

Fleet manager and Safety Director for Hygeia Dairy; knowledge of Defendant's maintenance and repair policies with respect to Defendant's vehicle fleet.

Jose G. Salazar
1754 E. Price Road
Brownsville, Texas 78520
c/o (817) 336-8651
Member of Safety Review Committee and knowledge of accident.

Randall Reoh
David Gonzalez
South Texas Emergency Care Foundation
P.O. Box 533668
1705 Vermont
Harlingen, Texas 78553
Emergency technicians; treated Plaintiff directly after the accident.

Harry Davis, M.D.
Valley Baptist Medical Center
2101 Pease Street
Harlingen, Texas 78550
Emergency medical doctor; treated Plaintiff the day of the accident.

Bruce Berberian, M.D.
Valley Baptist Medical Center
2101 Pease Street
Harlingen, Texas 78550
Medical doctor; performed spinal MRI on Plaintiff the day of the accident.

William H. Torkildsen, M.D.
330 N. Ohio
Mercedes, Texas 78570
(956) 565-1561
Medical doctor; Plaintiff's primary medical provider.

Walter De La Rosa
Paul Huffman
Dan Hargett
Facticon, Inc.
8204 Elmbrook Drive, Suite # 320

Dallas, Texas 75247
(800) 786-5302
Investigators, have knowledge of Plaintiff's activities.

Danny Villalobos
1754 E. Price Road
Brownsville, Texas 78520
c/o (817) 336-8651
Brownsville garage mechanic who has inspected and/or worked on the Defendant's bobtail truck made the subject of this accident.

Rudy Rodriguez
1754 E. Price Road
Brownsville, Texas 78520
c/o (817) 336-8651
Hygeia Dairy route driver; operated the Defendant's bobtail truck made the subject of this accident on several occasions; had conversations with the Plaintiff regarding the alleged problems with the vehicle and possesses knowledge of the good operating condition of the vehicle.

Jerry Gonzalez and/or
Custodian of Records
Allstate Insurance Company
227 North Loop 1604 East
San Antonio, Texas 78232
(210) 482-4200
Knowledge of records pertaining to the rear-end collision Plaintiff and his family were involved in on December 13, 2002.

Linda R. Gonzalez and/or
Custodian of Records
Valley Baptist Medical Center
2101 Pease Street
Harlingen, Texas 78550

    (B)    a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

**RESPONSE:**

Relevant categories of documents include:

-     **Documents prepared by the Safety Review Committee regarding**

   the Committee's decision to terminate Plaintiff's employment with Hygeia Dairy;

   - Incident and Accident Reports prepared by the Plaintiff and other employees of Hygeia Dairy pertaining to the accident made the basis of this lawsuit;

   - Accident Report prepared by Officer Lupi Diaz of the San Benito Police Department on 8/30/01;

   - Personnel documents pertaining to the Plaintiff's employment with Hygeia Dairy;

   - Documents related to invoices and payments for work performed in the course of repairing the bobtail truck Plaintiff was driving at the time of the accident made the basis of this lawsuit;

   - Documents related to the Plaintiff's claim for unemployment compensation with Texas Workforce Commission;

   - Medical records pertaining to Plaintiff's alleged injuries and medical treatment provided after the accident;

   - Documents related to the Defendant's maintenance and repair policies with respect to its vehicle fleet;

   - Documents evidencing all inspections and maintenance performed on the bobtail truck Plaintiff was driving at the time of the accident made the basis of this lawsuit;

   - Investigative reports prepared by Facticon, Inc. related to all surveillance performed upon the Plaintiff;

   - All discovery responses prepared by the Plaintiff in *Romulado Arechar v. Southern Foods Group, L.P. d/b/a Hygeia Dairy*, Cause No. 2003-05-2789-A, in the 107th Judicial District, Cameron County, Texas.

(C) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

   **RESPONSE:**

      **The request of Southern Foods Group, L.P. d/b/a Hygeia Dairy for its actual attorney's fees incurred in this matter is based on charges incurred on an hourly basis.**

(D)    for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnity or reimburse for payments made to satisfy the judgment.

      **RESPONSE:**    **To be supplemented.**