# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas   ☐ Levesque |
| DATE | 4 — 26 — 04 |
| TIME | 1:38 p.m. — 1:45 p.m. |
| | 1:58 p.m. — 2:15 p.m. |
| CIVIL ACTION | B — 04 — 17 |
| STYLE | ROMUALDO ARECHAR *versus* SOUTHERN FOODS GROUP, et al. |

United States District Court
Southern District of Texas
FILED
APR 26 2004
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ Initial Pretrial Conference; (Rptr.  Heather Hall  )

| | | | |
|---|---|---|---|
| Jorge Green | for | ■ Ptf. # _____ | ☐ Deft. # _____ |
| George Haratsis | for | ☐ Ptf. # _____ | ■ Deft. # _____ |

Comments: (Court recessed momentarily and continued conference in-chambers)

1. Plaintiff has past medical damages of $12,000 and lost wages of $3,000.
2. Parties agreed to a discovery cut off of September 20, 2004.
3. Defendant will need to re-depose Plaintiff and some witnesses on issues related to the new allegations in the complaint.
4. Plaintiff has two weeks (May 10, 2004) to amend petition.
5. Scheduling Order will be entered.