| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

MAY 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

ROMUALDO ARECHAR §

vs. § Civil Action No. B-04-17

SOUTHERN FOODS GROUP, L.P., §
D/B/A HYGEIA DAIRY

## SCHEDULING ORDER

1. Trial: Estimated time to try: __2-3__ days.   ☐ Bench   ■ Jury

2. New parties must be joined by:   __5/21/2004__
    Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by:   __5/28/2004__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   __9/20/2004__
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
    *No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:   __10/28/2004__

7. Joint pretrial order is due:   __2/17/2005__

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   __3/3/2005__

9. Jury Selection is set for 9:00 a.m. on:   __3/7/2005__
    *(The case will remain on standby until tried)*

Signed __May 17__, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge