United States District Court
Southern District of Texas
FILED

OCT 1 5 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROMUALDO ARECHAR, | § § § § | |
| Plaintiff, | | |
| vs. | § § § § § § § | CIVIL ACTION NO. B-04-017 |
| SOUTHERN FOODS GROUP, L.P. d/b/a HYGEIA DAIRY, | | |
| Defendant. | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

It is hereby stipulated by Plaintiff, Romualdo Arechar, and Defendant, Southern Foods Group, L.P. d/b/a Hygeia Dairy, that this action is to be dismissed with prejudice by the Court pursuant to a Release and Compromise Settlement Agreement of All Claims signed by Plaintiff and his counsel. The parties further agree that costs of court will be taxed against and borne by the party incurring same and that each party shall bear its own attorney's fees and expenses. All parties join in this Stipulation as evidenced by their respective attorneys' signatures below as provided by Rule 41(a)(1)(ii), Federal Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray that the Court grant this Stipulation of Dismissal with Prejudice disposing of all claims in this suit.

DATED: _October 12_, 2004.

Respectfully submitted,

TOUCHY & GREEN, L.L.P.

By: _____
Jorge A. Green
Southern District Bar No. 34136

2031 Price Road, Ste. C
Brownsville, Texas 78521
(956) 542-7000
(956) 542-7026 Fax

ATTORNEYS FOR PLAINTIFFS

McDONALD SANDERS,
A Professional Corporation

By: _____
George C. Haratsis
(attorney in charge)
Southern District Bar No. 27820

777 Main Street, Suite 1300
Fort Worth, Texas 76102
(817) 336-8651
(817) 334-0271 Fax

ATTORNEYS FOR DEFENDANT