IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROMUALDO ARECHAR, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. B-04-017 |
| SOUTHERN FOODS GROUP, L.P. d/b/a HYGEIA DAIRY, | § § § | |
| Defendant. | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DATE CAME ON TO BE CONSIDERED the parties' Stipulation of Dismissal with Prejudice of all claims in the above-styled and numbered cause of action pursuant to Fed.R.Civ.P. 41(a)(1)(ii). The Court, having no objection to same and after consideration of the Stipulation and in light of the agreement of the parties as evidenced by their respective attorneys' signatures affixed to the Stipulation, is of the opinion that this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the above-entitled and styled case asserted by Plaintiff, Romualdo Arechar, be and the same is hereby dismissed with prejudice to Plaintiff's right to re-file the same claims in this or any other Court. All costs of Court are taxed against the party incurring the same, for which let execution issue. Each party shall bear its own attorney's fees and expenses.

IT IS SO ORDERED.

SIGNED this ____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE