IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROMUALDO ARECHAR | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action B-04-17 |
| SOUTHERN FOODS GROUP L.P. | § § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on November 15, 2004, the Court considered the parties "Stipulation of Dismissal With Prejudice" [Dkt. No.16] submitted on October 15, 2004, and pursuant to Fed.R.Civ.Pro. 41(a)(ii). The Court finds that the Stipulation fulfills the requirements of Rule 42(a)(ii). Therefore, the above styled case is hereby **DISMISSED WITH PREJUDICE** pursuant to the terms of the Stipulation.

DONE at Brownsville, Texas, this 15 day of November, 2004.

Hilda G. Tagle
United States District Judge

1